SARAH T. MEEKER, as Administratrix of the Estate of HENRY W. MEEKER, Deceased, Respondent, *v.* CLARK M. SMITH et al., Appellants.

*Meeker* v. *Smith*, 113 App. Div. 893, affirmed.
(Argued October 17, 1907; decided November 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by the negligence of defendants.

*Alexander C. Eustace, J. P. Eustace* and *David C. Robinson* for appellants.

*Herbert M. Lovell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.